STATE OF NEW JERSEY v. ROBERT DICKERSON.

May 26, 1982.

Petition for certification denied.

EDNA J. HANAUER v. WILLIAM HANAUER.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM OSLEY.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS J. TROTTA.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. CLIFFORD ANDERSON.

May 26, 1982.

Petition for certification denied.